**FORM TO BE USED BY FEDERAL PRISONERS IN FILING A
CIVIL ACTION UNDER 28 U.S.C. § 1331 OR § 1346**

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF FLORIDA

# 08-23006-CV-MOORE-WHITE

**DIVISION**

Kevin Baptiste, Real party In Interest

C/O.#60463-004

P.O. BOX 779800 FCI MIAMI

Miami,FL 33177

**(Enter above the fill name of the Plaintiff or
Plaintiffs in this action)**

FILED by ___ D.C.

OCT 2 8 2008

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

THESE CLAIMS ARE BROUGHT
UNDER INDIVIDUAL CAPACITY
WHILE KNOWING THE ACTS AND
WAS GOING TO VIOLATE PLAINTIFF
LIBERTY AND PROPERTY INTEREST

**vs.**

S.C. Bither, d/b/a SOIAt FCI MIAMI UNICOR

and other known and unknown., et al.

15801 SW.137th Ave

Miami,FL 33177

**(Enter above the full name of the Defendant or
Defendants in this action)**

cat / div 540 /Dade

Case # 08-23006

Judge Moore   Mag PAW

Motn Ifp No   Fee pd $ No

Receipt # _____

**A.**   Have you begun other actions in federal court dealing with the same facts involved in this action?

☐ Yes   ☒ No

**B.**   If your answer to A is yes, describe the action in the spaces below. (If there is more than one action, describe the additional actions on the reverse side of this page).

1.   Parties to the action: _____

_____

2.   Court (federal court, name of the district): _____

3.   Docket Number: _____

2

4.    Name of judge to whom case was assigned: _____

5.    Disposition (i.e. Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

C.    Did you present the facts relating to your complaint in the internal prison grievance procedure?

        ☒ Yes        ☐ No

1.    If your answer is yes, what was the result? _____

    Seek to obtain resolution where non forthcoming _____

_____

2.    If your answer is no, explain. _____

_____

_____

D.    Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

        ☒ Yes        ☐ No

1.    If your answer is yes, state the date such claim was submitted and what action, if any, has been taken. __10/23/2008 _____

_____

2.    If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or federal agency concerning your claim.

E.    Are you suing for a work related injury? and damages irreparable

        ☒ Yes        ☐ No

1.    If your answer is yes, state the nature of the duties you were performing when the injury occurred.

    I was false accused of taken Unicor Tool when FBOP staff/employee at the time making incident report knew or should have known allegation and report would have cause to detained in SHU and removal from job position by the false information and misstatement in report violation of PS. 3420.9 Attacthment A. page 12 section 32 et seq. and violate Plaintiff liberty and property interest. entirety.

the action of defendants tantamount to gross misconduct .

3

**PARTIES**

(In item I. below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any).

I.     Name of Plaintiff:  Kevin Baptiste

       Address: P.O. Box 779800 FCI MIAMI, Miami 33177

(In Item II, below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. use the space below item II. for names, positions, and places of employment of any additional defendants.)

II.    Defendant S.C. Bither,d/b/a SOI At FCI Miami is employed as  SOI

       FCI MIAMI 15801.SW 137th Ave   at  Miami,FL 33177

**STATEMENT OF CLAIM**

III.   State here as briefly as possible the facts of your case. Describe how each defendant is involved.
       Include also the names of other persons involved, dates and places. Do not give any legal
       arguments or cite any cases or statutes. If you intend to allege a number of different claims,
       number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach
       extra sheet(s), if necessary).

       On 10/06/2008     Plaintiff was accused of taken,misplacing
or withholding a Unicor Tool cutting knife and place in the Special
Housing Unit for investigation, then after I was release and removed from
my job position at Unicor by S.C. Bither direct orders. Investigation also
demonstrates and reflect Plaintiff never taken,withheld or misplace Unicor
Tool. Defendant S.C. Bither was aware and acknowledge Plaintiff total
innocence and still instructed FBOP Staff/Employee to write incident
report and punish Plaintiff knowing such to be false and to be of
misrepresentation where Mr. Bither stated he will set an example to all
other inmates in Unicor.

## RELIEF

**IV.** State what relief you seek from the court. Make no legal arguments. Cite no cases or statues.

Defendant S.C. Bither ~~acts and action tantamount to be chilling~~ in violation ~~of Plaintiff's liberty and property interest rights using job~~ position as SOI at FCI MIAMI, retaliated course of action and misconduct, inappropriate conduct where amount to sums in excess of $250,000 a day for unlawful detention by false ~~aqcuisition cause to be place in SHU when~~ knowing the information in incident report of offense and charges was false create fraud in the inducement irreparable injures and damages.

**Signed this** 22 **day of** October . **20** 08

Kevin Baptiste

Reg.#60463-004

P.O.Box 779800 FCI MIAMI ,Miami 33177

**(Signature of Plaintiff or Plaintiffs)**

## DECLARATION

I, Kevin Baptiste declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

**Executed** 10/22/2008 **at** FCI MIAMI in THE STATE OF FLORIDA

**Date**   **Place**

**Signature of Plaintiff**

**Signature of Attorney**
**(IF ANY)**

5

# ATTACHMENT(S) NOT SCANNED
## OR
## attached (hand-written) document(s) have been
## SCANNED
## and are also available in the
## SUPPLEMENTAL PAPER FILE

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. _____O8 - 23006_____

DE# _____

- ☒ DUE TO POOR QUALITY
- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____

U.S. Department of Justice

Federal Bureau of Prisons

**Incident Report**


Printed on Recycled Paper

| 1. NAME OF INSTITUTION |
|---|
| FCI Miami |

## PART I – INCIDENT REPORT

| 2. NAME OF INMATE | 3. REGISTER NUMBER | 4. DATE OF INCIDENT | 5. TIME |
|---|---|---|---|
| Bostick, Kevin | 60463-004 | 10/6/08 | 5:00 pm |

| 6. PLACE OF INCIDENT | 7. ASSIGNMENT | 8. UNIT |
|---|---|---|
| UNICOR | Cutting | Atlantic |

| 9. INCIDENT | 10. CODE |
|---|---|
| Missing Tool | 319 |

**11. DESCRIPTION OF INCIDENT** (Date: ___ Time: ___ Staff became aware of incident)

At approximately 4:45 pm ...

| 12. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME | 13. NAME AND TITLE (Printed) |
|---|---|---|
| Kevin McKell | 10/6/08 | Kevin McKell |

| 14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 15. DATE INCIDENT REPORT DELIVERED | 16. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| M. Grant, LT | 10-06-08 | 5:40 pm |

## PART II – COMMITTEE ACTION

**17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT**

| 18. A. IT IS THE FINDING OF THE COMMITTEE THAT YOU: _____ COMMITTED THE FOLLOWING PROHIBITED ACT. _____ DID NOT COMMIT A PROHIBITED ACT. | B. _____ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING. C. _____ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDER DAYS. |
|---|---|

**19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION**

**20. COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT)**

**21. DATE AND TIME OF ACTION** _____ (THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)

| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |
|---|---|---|

Original – Central File Record    Blue – To Inmate after UDC Action

BP–288(52)